

# Missouri Court of Appeals
## Southern District

**MAY 9, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD32581    Matthew C. Shelton vs. State of Missouri